# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| J Rubin Butler, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATS Inc., ATS Specialized, Inc., John Does, Competitive Equipment Sales,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 20-cv-1631-PJS-LIB |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' second motion to compel arbitration [ECF No. 32] is GRANTED.

2. Defendants are ORDERED to pay all fees, costs, and other expenses of the arbitration.

3. This case is STAYED pending resolution of the arbitration.

Date: 4/14/2021                                                                 KATE M. FOGARTY, CLERK