UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| J. RUBIN BUTLER, on behalf of himself and those similarly situated, | Case No. 20-CV-1631 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| ATS INC.; ATS SPECIALIZED, INC.; JOHN DOES 1-20; and COMPETITIVE EQUIPMENT SALES, | |
| Defendants. | |

---

Justin L. Swidler, Manali Arora, Joshua Boyette, and Travis Martindale-Jarvis, SWARTZ SWIDLER LLC; E. Michelle Drake and Joseph Hashmall, BERGER & MONTAGUE, P.C., for plaintiff.

Christopher Eckhart, Elizabeth M. Bolka, and James A. Eckhart, SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.; Brian A. Wood and Matthew D. Sloneker, LIND JENSEN SULLIVAN & PETERSON, PA, for defendants.

This matter is before the Court on the motion of plaintiff J. Rubin Butler for an order confirming the Arbitral Award entered by Arbitrator D. Andrew Byrne on March 4, 2022, and approving the parties' settlement agreement. Defendants do not oppose Butler's motion.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Plaintiff J. Rubin Butler's motion for an order confirming the Arbitral Award entered by Arbitrator D. Andrew Byrne on March 4, 2022, and approving the parties' settlement agreement [ECF No. 50] is GRANTED.

2. Pursuant to Minn. Stat. § 572B.22, the Arbitral Award approving the settlement [ECF No. 50-1 at 1-3] is CONFIRMED and is incorporated into the judgment entered pursuant to this order.

3. The parties' settlement agreement [ECF No. 50-1 at 5-15] is APPROVED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  March 17, 2022            s/Patrick J. Schiltz
                                  Patrick J. Schiltz
                                  United States District Judge