# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| J Rubin Butler | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 20-cv-01631-PJS-LIB |
| ATS Inc., ATS Specialized, Inc., John Does, Competitive Equipment Sales | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff J. Rubin Butler's motion for an order confirming the Arbitral Award entered by Arbitrator D. Andrew Byrne on March 4, 2022, and approving the parties' settlement agreement [ECF No. 50] is GRANTED.

2. Pursuant to Minn. Stat. § 572B.22, the Arbitral Award approving the settlement [ECF No. 50 - 1 at 1 - 3] is CONFIRMED and is incorporated into the judgment entered pursuant to this order.

3. The parties' settlement agreement [ECF No. 50 - 1 at 5 - 15] is APPROVED.

Date: 3/17/2022                                                                                   KATE M. FOGARTY, CLERK